**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-02447-REB-CBS

VICKY ADAMS,

    Plaintiff

v.

PENTAGROUP FINANCIAL, LLC, a Texas limited liability company,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before the court is the **Stipulation of Dismissal with Prejudice** [#14], filed March 8, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** [#14], filed March 8, 2007, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for March 7, 2008, is **VACATED**; and

4. That the jury trial set to commence March 24, 2008, is **VACATED**.

Dated March 8, 2007, at Denver, Colorado.

                                                      BY THE COURT:

                                                      s/ Robert E. Blackburn
                                                      Robert E. Blackburn
                                                      United States District Judge